FILED

SEP 16 AM 9:31

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Ray William Sowards - # 139952

_____/

**ORDER TO SHOW CAUSE**

It appearing that Ray William Sowards has been suspended for six months. Two years probation with conditions by the Supreme Court of California effective July 30, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 20, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Ray William Sowards
Sowards Law Firm
1289 S. Park Victoria Dr. 201
Milpitas, CA 95035-6974